UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN STEWART, | No. 2:24-cv-3199 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| BORLA, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 29, 2025, respondent filed a motion to dismiss. ECF No. 11. Instead of filing an opposition to the motion to dismiss, petitioner filed a motion for a certificate of appealability, which appears to address respondent's arguments in the motion to dismiss. ECF No. 15. Because petitioner's motion for a certificate of appealability is premature, the court will deny the motion. The court will give petitioner twenty-one days to file an opposition to respondent's motion to dismiss. If petitioner fails to file an opposition, petitioner's motion for a certificate of appealability will be construed as his opposition to respondent's motion to dismiss.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a certificate of appealability is denied as premature.

2. Petitioner is directed to file an opposition to respondent's motion to dismiss within twenty-one days from the date on this order.

3. Petitioner's is advised that failure to file an opposition within the time specified will result in the court construing petitioner's motion for a certificate of appealability (ECF No. 15) as petitioner's opposition to respondent's motion to dismiss.

DATED: March 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE