HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
david_harshaw@fd.org

Attorneys for Petitioner
NATHAN STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN STEWART, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BORLA, Warden, <br><br> Respondent. | Case No. 2:24-cv-03199-DJC-AC (HC) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:  October 8, 2025 <br> Time:  10:00 a.m. <br> Judge:  Hon. Allison Claire |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant Federal Defender David Harshaw, counsel for plaintiff, and Deputy Attorney General, Max Feinstat, counsel for respondent Edward Borla, that the status conference scheduled for October 1, 2025, at 10:00 a.m. be continued to October 8, 2025, at 10:00 a.m.

As reason for the continuance, Mr. Harshaw has a late-arising personal conflict with the October 1 date. Moreover, the additional week, allowing further investigation into the case, will give plaintiff a better idea of the time requirements moving forward regarding scheduling the evidentiary hearing.

Dated: September 26, 2025                              Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Public Defender

                                                       */s/ David Harshaw*
                                                       DAVID HARSHAW
                                                       Assistant Federal Defender

|   |   |   |
|---|---|---|
| 1 |  | Attorneys for Plaintiff<br>NATHAN STEWART |
| 2 |  |  |
| 3 | Dated: September 26, 2025 | ROB BONTA<br>Attorney General of California<br>TAMI N. KRENZIN<br>Supervising Deputy Attorney General |
| 4 |  |  |
| 5 |  |  |
| 6 |  | */s/ Max Feinstat*<br>MAX FEINSTAT<br>Deputy Attorney General<br>Attorneys for Respondent |
| 7 |  |  |
| 8 |  |  |

-2-

*Stewart v. Borla*
Stipulation to Continue Status Conference

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE