IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN STEWART,** | Case No. 2:24-cv-03199-AC |
| Petitioner, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **BORLA,** | |
| Respondent. | |

Good cause appearing, IT IS ORDERED that Respondent's motion (ECF No. 31) is granted. The Respondent's Answer to Petition for Writ of Habeas Corpus shall be filed on or before June 3, 2026.

Dated: May 5, 2026

_allison Clare_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1