HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
david_harshaw@fd.org

Attorneys for Petitioner
NATHAN STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN STEWART,<br><br>                    Petitioner,<br><br>v.<br><br>EDWARD BORLA, Warden,<br><br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:24-cv-03199-DJC-AC (HC)

[Proposed] ORDER ON MOTION TO ALLOW PETITIONER FOURTEEN DAYS TO FILE A TRAVERSE

The Court, good cause appearing therefrom, grants Petitioner's motion for fourteen days to file a traverse. The traverse will be due on June 12, 2026, fourteen days from the date of the answer.

Dated: June 2, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE